IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID PAUL FARRAR, <br><br> Defendant. | CR 20-5-M-DLC <br><br> ORDER |

On February 12, 2020, Defendant David Paul Farrar appeared before the Court for his initial appearance and arraignment on the Indictment filed against him. During this appearance, the United States asked the Court to issue an order prohibiting Defendant from contacting the victims in this matter, identified as S.C., A.L., and T.L., and the parents or guardians of the victims. Defendant did not object to the United States' request for a no-contact order. Accordingly,

1

IT IS ORDERED that Defendant shall have no contact with the victims in this matter, identified as S.C., A.L., and T.L, and the parents or guardians of the victims.

DATED this 12th day of February, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge