IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**
FEB 25 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–05–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID PAUL FARRAR, | |
| Defendant. | |

Defendant David Paul Farrar ("Farrar") moves the Court for an order directing the United States Marshals Service to transport him to the Russell Smith Courthouse in Missoula, Montana for the limited purpose of reviewing discovery in his case. (Doc. 18.) Farrar specifically needs to review video recordings that, due to their content, cannot be copied or transferred. (*Id.* at 2.)

If the motion is granted, HSI Special Agent Holly Langley will transport the law enforcement computer that contains the recordings to the Courthouse for review. (*Id.*) Further, Counsel for Farrar represents that he will make necessary arrangements with the United States Attorney's Office, the United States Marshals Service, and Special Agent Langley to schedule the review. (*Id.* at 1–2.) The United States does not oppose the motion and good cause supports it.

1

Accordingly, IT IS ORDERED that the motion (Doc. 18) is GRANTED. The United States Marshals Service shall transport Farrar to the Russell Smith Federal Courthouse in Missoula, Montana to participate in the review set by the parties on February 27, 2020, at 9:00 a.m.

DATED this 25th day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court