IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20–05–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID PAUL FARRAR, | |
| Defendant. | |

Defendant David Paul Farrar ("Farrar") moves the Court to set a new motions deadline in his case. (Doc. 27.) IT IS ORDERED that the motion (Doc. 27) is GRANTED. The motions deadline in this matter is RESET for April 27, 2020. The scheduling orders of February 26, 2020 (Doc. 21) and March 5, 2020 (Doc. 25) remain in full force and effect in all other respects.

DATED this 6th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1