IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–05–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID PAUL FARRAR, | |
| Defendant. | |

Counsel for Defendant David Paul Farrar indicates that, on October 20, 2020, he submitted objections to the presentence investigation report to the United States Probation Office. (Doc. 61.) Because the submission complies with the deadline set by this Court's August 4, 2020 scheduling order, and counsel does not indicate that he requires any further continuances, IT IS ORDERED that all sentencing deadlines remain in place. (*See* Docs. 54, 58.)

DATED this 21st day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1