IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID PAUL FARRAR, <br><br> Defendant. | CR 20–05–M–DLC <br><br><br> ORDER |

Due to the recent COVID-19 outbreak and upon the Court's Own Motion,

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, December 10, 2020 at 10:30 a.m. is **VACATED** and **RESET** to commence **VIA VIDEO** from CORE CIVIC in Shelby, Montana on **Thursday, December 10, 2020 at 10:30 a.m.** Counsel may appear in the Donald W. Molloy Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. **If Defendant objects to this hearing being held via video, he must file a motion stating as much before Monday, December 7, 2020 at 12:00 p.m. to allow time for transport.**

IT IS FURTHER ORDERED that the Clerk of Court shall notify counsel and the United States Marshals Service of the making of this Order.

1

DATED this 2nd day of December, 2020.

/s/ Dana L. Christensen
_____
Dana L. Christensen, District Judge
United States District Court